UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BURLAP AND BARREL, INC., et al.,<br><br>                  Plaintiffs,<br><br>        v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>                  Defendants. | **Court No. 26-01606** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Chief Judge Mark A. Barnett, Judge Claire R. Kelly, and Senior Judge Timothy C. Stanceu.

                                                        /s/ Mark A. Barnett
                                                        Mark A. Barnett
                                                        Chief Judge

Dated: March 10, 2026