IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE MARK A. BARNETT, CHIEF JUDGE
          THE HONORABLE CLAIRE R. KELLY, JUDGE
          THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| BURLAP AND BARREL, INC.; <br> BASIC FUN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    26-01606 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, CLAUDIA BURKE, hereby enters an appearance as the principal counsel of record for defendants in this action, and requests that all papers in connection with the case be referred to her attention.

PLEASE TAKE FUTHER NOTICE that JUSTIN R. MILLER hereby enters her appearance as counsel for the United States and requests that all papers in connection therewith be referred to his attention.

Dated: March 13, 2026

s/Claudia Burke
CLAUDIA BURKE
Deputy Director
U.S. Department of Justice
Civil Division Commercial
Litigation Branch PO Box 480, Ben
Franklin Station Washington, DC
20044 (202) 353-9063
Claudia.burke@usdoj.gov

<u>/s Justin R. Miller</u>
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9240

*Attorneys for Defendants*